IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GREGORY ROUZIER,**

    Plaintiff,

v.                                             No. 14-cv-0124 GBW/SMV

**ERIC K. SHINSEKI,**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       April 25, 2014, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is hereby set for **April 25, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                                    _____
                                                                    **STEPHAN M. VIDMAR**
                                                                    **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.